```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 31090
   CELESTINO RAMIREZ
   MARIA E RAMIREZ                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5986     SSN XXX-XX-6387

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/25/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
SMC                        UNSECURED          442.23          .00           442.23
DISCOVER CARD              UNSECURED        NOT FILED         .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        14269.65          .00         14269.65
HOME DEPOT                 UNSECURED        NOT FILED         .00              .00
INDIVIDUAL REHAB           UNSECURED        NOT FILED         .00              .00
JC PENNY                   UNSECURED        NOT FILED         .00              .00
ECAST SETTLEMENT CORP      UNSECURED         2537.00          .00          2537.00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED         .00              .00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED         .00              .00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED         .00              .00
NORTHWESTERN MEMPRIAL HO   NOTICE ONLY      NOT FILED         .00              .00
SEARS                      UNSECURED        NOT FILED         .00              .00
SURPAS RESOURCE CORP       UNSECURED        NOT FILED         .00              .00
VERIZON                    UNSECURED        NOT FILED         .00              .00
ARROW FINANCIAL SERVICES   UNSECURED         2785.72          .00          2785.72
PARAGON WAY INC            UNSECURED         6862.20          .00          6862.20
AMERICREDIT FINANCIAL SE   NOTICE ONLY      NOT FILED         .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY      1,700.00                       1,700.00
TOM VAUGHN                 TRUSTEE                                         1,674.12
DEBTOR REFUND              REFUND                                             29.08

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            30,300.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                26,896.80
ADMINISTRATIVE                            1,700.00
TRUSTEE COMPENSATION                      1,674.12

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 31090 CELESTINO RAMIREZ & MARIA E RAMIREZ
```

```
DEBTOR REFUND                                                   29.08
                                       ---------------   ---------------
TOTALS                                       30,300.00         30,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE